FILED

SEP 1 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:20CR00134SNLJ/ACL |
| vs. ) | |
| ) | |
| TRAVIS CRANE, ) | 18 U.S.C. §§ 2251(a) and (e); |
| ) | 18 U.S.C. §§ 2252A(a)(2) and (b)(1) |
| ) | |
| Defendant. ) | |

## **INDICTMENT**

### **Count I**

THE GRAND JURY CHARGES THAT:

Beginning at a time unknown to the Grand Jury, but including between on or about November 1, 2019 and July 7, 2020, in Dunklin County and elsewhere within the Southeastern Division of the Eastern District of Missouri,

**TRAVIS CRANE,**

the defendant herein, did knowingly employ and use "Minor Female # 1" to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and attempted to employ and use "Minor Female # 1" to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and such visual depictions were produced using materials that had been mailed,

shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so, in violation of Title 18, United States Code, Section 2251(a), and punishable under Title 18, United States Code, Section 2251(e).

## Count II

THE GRAND JURY FURTHER CHARGES THAT:

Beginning at a time unknown to the Grand Jury, but including between on or about November 1, 2019, and July 7, 2020, in Dunklin County and elsewhere within the Southeastern Division of the Eastern District of Missouri,

**TRAVIS CRANE,**

the defendant herein, knowingly received and distributed, and attempted to receive and distribute, visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so, in violation of Title 18, United States Code, Section 2252A(a)(2), and punishable under Title 18, United States Code, Section 2252A(b)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
John N. Koester, Jr., #52177MO
Assistant United States Attorney